Otto O. Lee, CA Bar No. 173987
olee@iplg.com
Kevin Viau, CA Bar No. 275556
kviau@iplg.com
**INTELLECTUAL PROPERTY LAW GROUP**
1871 The Alameda, Suite 250
San Jose, CA 95126
Tel:  408-286-8933
Fax: 409-286-8932

*Attorneys for Plaintiff Beauty Union Global Ltd.*

Steven M. Levitan (CA Bar No. 148716)
Steve.Levitan@wbd-us.com
Christian E. Mammen (CA Bar No. 188454)
Chris.Mammen@wbd-us.com
Daniel Grigore (CA Bar No. 347602)
Daniel.Grigore@wbd-us.com
**WOMBLE BOND DICKINSON (US) LLP**
50 California Street, Suite 2750
San Francisco, CA 94111
Tel: 415-4233-1900
Fax: 415-433-5530

*Attorneys for Defendant Creed Boutique, LLC*

Richard Brown (admitted pro hac vice)
rbrown@daypitney.com
**DAY PITNEY LLP**
One Jefferson Road
Parsippany, NJ 07054
T: (973) 966-8119
F: (973) 966-1015

*Attorneys for Defendant Creed Boutique, LLC*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEAUTY UNION GLOBAL LIMITED, a Hong Kong corporation,<br><br>Plaintiff,<br>vs.<br>CREED BOUTIQUE, LLC, a New York corporation, and DOES 1 through 25, inclusive,<br>Defendants. | CASE NO.  3:24-cv-00255-RFL<br><br>**STIPULATED REQUEST FOR 2-WEEK STAY OF PROCEEDINGS TO FACILITATE SETTLEMENT** |

Plaintiff Beauty Union Global Limited ("Beauty Union") and Defendant Creed Boutique LLC ("Creed Boutique") (collectively, "the Parties") are currently engaged in meaningful settlement discussions that the Parties believe are likely to lead to a resolution of this matter. The Parties have reached an agreement in principle to settle their disputes in both the United States and certain other countries, and a written settlement agreement has been agreed upon, subject to final review by foreign counsel. The Parties jointly request another (and what is extremely likely to be the last) stay of all deadlines in this matter for 2 weeks so that they can continue settlement discussions without incurring litigation costs and imposing what may be an unnecessary burden on the Court. This request includes an order to postpone the Initial Case Management Conference (currently scheduled for June 26, 2024) for at least 2 weeks from June 26, 2024, along with all deadlines that are tied to the Case Management Conference.

The Parties hereby consent to the form and entry of the proposed order submitted herewith.

Dated: June 20, 2024    By:    /s/ Otto Lee
                               Otto O. Lee
                               Kevin Viau
                               **INTELLECTUAL PROPERTY LAW GROUP LLP**
                               1871 The Alameda, Suite 250
                               San Jose, California 95126
                               Telephone: (408) 286-8933
                               Facsimile: (408) 286-8932
                               *Attorneys for Plaintiff*

Dated: June 20, 2024    By:    /s/Richard Brown
                               Richard Brown (admitted *pro hac vice*)
                               rbrown@daypitney.com
                               **DAY PITNEY LLP**
                               One Jefferson Road
                               Parsippany, NJ 07054
                               T: (973) 966-8119
                               F: (973) 966-1015
                               *Attorneys for Defendant Creed Boutique, LLC*

Steven M. Levitan (CA Bar No. 148716)
Steve.Levitan@wbd-us.com
Christian E. Mammen (CA Bar No. 188454)
Chris.Mammen@wbd-us.com
Daniel Grigore (CA Bar No. 347602)
Daniel.Grigore@wbd-us.com
**WOMBLE BOND DICKINSON (US) LLP**
50 California Street, Suite 2750
San Francisco, CA 94111
Tel: 415-4233-1900
Fax: 415-433-5530
*Attorneys for Defendant Creed Boutique, LLC*

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Otto O. Lee, attest that concurrence in the filing of this document has been obtained.

Dated: June 20, 2024                    By:      */s/ Otto O. Lee*
                                                  Otto O. Lee